THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
CHARLES J. BROWN, Appellant.

Argued November 23, 1937; decided January 4, 1938.

*Harry H. Flemming, J. Edward Conway* and *Robert
G. Groves* for appellant.

*Cleon B. Murray, District Attorney (N. LeVan Haver* of
counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS,
LOUGHRAN, FINCH and RIPPEY, JJ.